**Order entered March 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01068-CR
### No. 05-18-01069-CR

**ROBERT HOWARD GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76425-T & F16-76426-T**

## ORDER

Before the Court is the March 27, 2019 request of court reporter Debi Harris for an additional forty-five days in which to complete the reporter's record. Rule 35.3 provides that each extension "must not exceed 30 days." TEX. R. APP. P. 35.3. However, in light of the extraordinary circumstances presented in her request, we invoke rule 2 and suspend rule 35.3's operation in this case. *See* TEX. R. APP. P. 2. We **ORDER** the reporter's record due on or before May 15, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Debi Harris; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE